PROB 12C
(6/16)

Report Date: September 18, 2020

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lawrence Williams                                Case Number: 0980 2:20CR00119-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Benjamin H. Settle, U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 23, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine Base, 21 U.S.C. §§ 841)a)(1), (b)(1)(B) and 846 |
| | Witness Tampering, 18 U.S.C. §§ 1512(b)(1), 1512(b)(2)(A), 1512(b)(2)(B) and 1512(b)(3) |
| Original Sentence: | Prison - 108 months<br>TSR - 60 months |
| Sentence Reduction:<br>(November 1, 2015) | Prison - Time Served (87 months)<br>TSR - 60 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: February 26, 2019

Date Supervision Expires: October 30, 2020

## PETITIONING THE COURT

To issue a **warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Williams violated his supervised release by committing third degree rape on or about August 31, 2020.<br><br>On March 7, 2019, a U.S. probation officer reviewed all mandatory, standard, and special conditions set forth in Mr. Williams' judgment. He signed his judgment acknowledging an understanding of his conditions of supervision. |

According to the police report filed by the Spokane Police Department, case number 2020-20161759, an individual who identified herself as the payee of the victim in the alleged rape, called crime check to report a sex crime that occurred sometime at the end of August 2020.

The payee received a telephone call from Mikaeel Azeem, also known as Mr. Lawrence Williams. Mr. Williams claimed to work for Phoenix Counseling Services and he informed the payee that they have been feeding and housing the victim and needed payment for these services. The payee asked Mr. Williams to send her a receipt for these services and payment would be sent. Mr. Williams sent the payee a receipt and a $2,450 check was sent to Mr. Williams.

A couple of days later, the payee received a telephone call from the owner of Phoenix Counseling Services. The owner disclosed that Mr. Williams was not an employee of Phoenix Counseling Services, but in fact was a member of their sex offender program.

The payee reached out to the victim who confirmed that Mr. Williams forced her into having sex, claiming it was payment for him providing her food and housing. The victim stated she did not want to have sex with him.

On September 14, 2020, the undersigned officer spoke with a detective with the Spokane Police Department and it appears charges will be pursued. Mr. Williams has not been arrested at this time.

2	**Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: It is alleged that Mr. Williams violated his supervised release by committing second degree criminal impersonation, assume identity, on or about August 31, 2020.

On March 7, 2019, a U.S. probation officer reviewed all mandatory, standard, and special conditions set forth in Mr. Williams' judgment. He signed his judgment acknowledging an understanding of his conditions of supervision

According to the police report filed by the Spokane Police Department, case number 2020-20161760, an individual who identified herself as the payee of the alleged victim in the alleged rape, called crime check to report a sex crime that occurred sometime at the end of August 2020.

The payee received a phone call from Mikaeel Azeem, also known as Mr. Lawrence Williams. Mr. Williams claimed to work for Phoenix Counseling Services and he informed the payee that they have been feeding and housing the victim and needed payment for these services. The payee asked Mr. Williams to send her a receipt for these services and payment would be sent. Mr. Williams sent the payee a receipt and a $2,450 check was sent to Mr. Williams.

        A couple of days later, the payee received a phone call from the owner of Phoenix Counseling Services. The owner disclosed that Mr. Williams was not an employee of Phoenix Counseling Services, but in fact was a member of their sex offender program. The owner did not know how Mr. Williams was able to cash a check under their business.

        The payee called U.S. Bank to cancel the check; however, it was already cashed.

        On September 14, 2020, the undersigned officer spoke with a detective with the Spokane Police Department and it appears charges will be pursued. Mr. Williams has not been arrested at this time.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/18/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

September 18, 2020
Date