PROB 12C
(6/16)

Report Date: October 2, 2020

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lawrence Williams                     Case Number: 0980 2:20CR00119-TOR-1

Address of Offender: 1428 North Lincoln Street, Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Benjamin H. Settle, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 23, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine Base, 21 U.S.C. §§ 841 (a)(1), (b)(1)(B) and 846 | |
| | Witness Tampering, 18 U.S.C. § 1512(b)(1), (b)(2)(A), (b)(2)(B) and (b)(3) | |
| Original Sentence: | Prison - 108 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(November 1, 2015) | Prison - Time Served (87 months)<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: February 26, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: October 30, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/18/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Williams violated his supervised release by committing second degree theft of a vulnerable adult on or about August 31, 2020, in violation of R.C.W. 9A.56.400.<br><br>On March 7, 2019, a U.S. probation officer reviewed all mandatory, standard, and special conditions set forth in Mr. Williams' judgment. He signed his judgment acknowledging an understanding of his conditions of supervision. |

Prob12C
**Re: Williams, Lawrence**
**October 2, 2020**
**Page 2**

On October 1, 2020, the undersigned officer had a telephone conversation with a detective with the Spokane Police Department who was investigating Mr. Williams, a/k/a Mikaeel Azeem, for second degree theft of a vulnerable adult, case number 2020-10160607. The detective indicated that on or about August 31, 2020, Mr. Williams had met the victim and discovered she had a payee, as she was unable to manage her own funds as determined by the Social Security Administration. This was based on her substance abuse and mental health issues. The victim is alleged to have stayed at Mr. Williams' home for approximately 3 days.

Mr. Williams contacted the payee by phone and emails, disguising himself as a Phoenix Counseling employee. Mr. Williams was living in a home for sex offenders owned by Phoenix Counseling. Mr. Williams indicated Phoenix Counseling Services had been providing the victim with meals and lodging and wanted reimbursement. The payee sent a check made payable to Mikaeel Azeem/ Phoenix Counseling on September 2, 2020, in the amount of $2,450. According to the detective, the check was cashed on September 8, 2020.

The payee later learned Mr. Williams was not an employee of Phoenix Counseling, but in fact a member of their sex offender program.

The detective also informed the undersigned officer that post Miranda warning, Mr. Williams agreed to talk to the detective and admitted to the alleged criminal conduct. The detective indicated charges for second degree theft of a vulnerable adult will be filed very shortly.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/02/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Williams, Lawrence**
**October 2, 2020**
**Page 3**

THE COURT ORDERS

- [ ]   No Action
- [ ]   The Issuance of a Warrant
- [ ]   The Issuance of a Summons
- [X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X]   Defendant to appear before the Judge assigned to the case.
- [ ]   Defendant to appear before the Magistrate Judge.
- [X]   Other: All pending alleged violations of supervised release will be heard at the revocation hearing scheduled for 10/6/2020.

_____
Thomas O. Rice
United States District Judge

October 2, 2020
Date